UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 21-4910-VAP (PLA)            Date  September 10, 2021

Title:  James W. Menefield v. J. Anderson, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Deputy Clerk | N/A<br>Court Reporter / Recorder | N/A<br>Tape No. |
|---|---|---|

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:** (IN CHAMBERS)

Pursuant to this Court's Order of June 25, 2021, plaintiff was ordered to file a Notice of Current Address **no later than July 16, 2021**. To date, a Notice of Current Address has not been filed with the Court. Accordingly, **no later than October 1, 2021, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and failure to comply with a court order. Filing of the Notice of Current Address on or before October 1, 2021, shall be deemed compliance with this Order to Show Cause.

cc:  James W. Menefield, Pro se

Initials of Deputy Clerk    ch

CV-90 (10/98)          CIVIL MINUTES - GENERAL