UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES W. MENEFIELD, | ) | No. CV 21-4910-VAP (PLA) |
| Plaintiff, | ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| J. ANDERSON, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, the Magistrate Judge's Report and Recommendation, and plaintiff's Objections to the Report and Recommendation (ECF No. 65 at 7-20). The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 47) is **denied**.
3. Defendants' Motion for Summary Judgment as to all claims (ECF No. 51) is **granted**.

4. Judgment shall be entered in favor of defendants and this action shall be dismissed with prejudice.

5. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: February 1, 2023

HONORABLE VIRGINIA A. PHILLIPS
SENIOR UNITED STATES DISTRICT JUDGE