JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES W. MENEFIELD, | No. CV 21-4910-VAP (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. ANDERSON, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered in favor of defendants and the action is dismissed with prejudice.

DATED: February 1, 2023

_____
HONORABLE VIRGINIA A. PHILLIPS
SENIOR UNITED STATES DISTRICT JUDGE